IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SHANNON KERRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 1:21-CV-01499-RM-SKC |
| RLB CHERRY HILLS HOLDING LLC, ) | |
| DLB CHERRY HILLS, LLC and ) | |
| 1400 CHERRY HILLS, LLC, Tenancy ) | |
| In Common, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## <u>DEFENDANTS WITH PREJUDICE</u>

Plaintiff, SHANNON KERRICK ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, RLB CHERRY HILLS HOLDING LLC, DLB CHERRY HILLS, LLC and 1400 CHERRY HILLS, LLC, Tenancy In Common, with Prejudice.

Respectfully submitted this 23rd day of September, 2021.

           Law Offices of
           THE SCHAPIRO LAW GROUP, P.L.

           /s/ Douglas S. Schapiro
           Douglas S. Schapiro, Esq.
           State Bar No. 54538FL
           7301-A W. Palmetto Park Rd., #100A
           Boca Raton, FL 33433
           Tel: (561) 807-7388
           Email: schapiro@schapirolawgroup.com

           ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on September 23, 2021, upon all counsel or parties.

        /s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL